UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**REGINALD LAMONT DUNAHUE,**
**ADC #106911**                                                                                                           **PLAINTIFF**

**VS.**                                             **5:15-CV-00382 BRW**

**RANDY WATSON, Warden, Varner Super Max Unit,**
**Arkansas Department of Correction,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Based on the Order entered today, this case is DISMISSED without prejudice.  I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 19th day of February, 2016.

       /s/ Billy Roy Wilson
      UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).